AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:26MJ169 |
| | ) | |
| JACOB ALAN BRUN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 19, 2026 _____ in the county of _____ Douglas _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon A. Lake, Deputy U.S. Marshal
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  4/28/2026

_____
*Judge's signature*

City and state:        Omaha, Nebraska

RYAN C. CARSON, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**
**FOR THE ARREST OF JACOB A. BRUN**

I, Brandon A. Lake, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Jacob A. Brun (8/16/1986, FBI No. 394330HC7).

2. I am a Deputy United States Marshal, with the United States Department of Justice, United States Marshals Service, and have been so employed since February of 2018.  In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the Omaha, NE metro area.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated Bureau of Prisons (BOP) facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an arrest warrant for Jacob A. Brun. I do not include each and every fact known to me, but only those which I believe are sufficient to show probable cause.

**PROBABLE CAUSE**

6. On July 21st, 2022, Jacob A. Brun appeared in the federal District Court of Nebraska before United States District Judge Rossiter and was sentenced to 84 months of incarceration for Possession of a Controlled Substance and Possession of a Firearm by a Prohibited Person.

7. On January 13th 2026, Jacob A. Brun was designated by the BOP for placement at Dismas Charities (Omaha, NE), an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the District of Nebraska pursuant to his conviction.

8. On the day of April 19th, 2026, Jacob A. Brun knowingly escaped from custody from the Residential Reentry Center (RRC) at Dismas Charities in Omaha, NE in violation of Title 18, United States Code, Section 751(a).

9. On April 18th, 2026, Jacob A. Brun failed to report to the RRC at Dismas Charities as instructed by RRC staff. On April 19th, 2026, at approximately 12:15, RRC staff conducted a home visit after making several unsuccessful attempts to contact Jacob A. Brun by other means. RRC staff were able to make contact with Jacob A. Brun's family members at his primary residence. These family members provided information that Jacob Brun had taken a vehicle without permission and that the family subsequently filed a police report with the Omaha Police Department. Upon receiving this information, the BOP Duty Officer placed Jacob A. Brun on escape status and notified the United States Marshal's Service at approximately 15:00.

10. On April 21st, 2026, the BOP notified the US Marshal's Service that Jacob A. Brun was arrested by Omaha Policed Department and was in custody at the Douglas County Correctional center on local charges. Prior to his arrest by Omaha Police, Jacob A. Brun did not return to the RRC and did not make attempts to contact the RRC.

11. Based on the information set forth, the United States Marshals Service respectfully requests

an arrest warrant be issued for Jacob A. Brun and that all documents be sealed.

_____

Brandon A. Lake, Deputy United States Marshal
United States Marshals Service

Sworn to before me by telephone or other reliable electronic means:

Date:  April 28, 2026

City and State: Omaha, Nebraska

_____

Ryan C. Carson, U.S. Magistrate Judge